UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>Felipe ORTIZ-Bautista,<br><br>Defendant | Magistrate Docket No.<br><br>'08 MJ 1371<br><br>COMPLAINT FOR VIOLATION OF:<br><br>Title 8, U.S.C., Section 1326<br>Deported Alien Found in the<br>United States |

The undersigned complainant, being duly sworn, states:

On or about **April 30, 2008** within the Southern District of California, defendant, **Felipe ORTIZ-Bautista,** an alien, who previously had been excluded, deported and removed from the United States to **Mexico,** was found in the United States, without the Attorney General or his designated successor, the Secretary of the Department of Homeland Security (Title 6, United States Code, Sections 202(3) and (4), and 557), having expressly consented to the defendant's reapplication for admission into the United States; in violation of Title 8 United States Code, Section 1326.

And the complainant further states that this complaint is based on the attached statement of facts, which is incorporated herein by reference.

SIGNATURE OF COMPLAINANT
James Trombley
Senior Patrol Agent

SWORN TO BEFORE ME AND SUBSCRIBED IN MY PRESENCE, THIS **1st** DAY OF **MAY 2008**

Nita L. Stormes
UNITED STATES MAGISTRATE JUDGE

CONTINUATION OF COMPLAINT:
**Felipe ORTIZ-Bautista**

## PROBABLE CAUSE STATEMENT

On April 30, 2008 Border Patrol Agent K. Ayala, was assigned to line watch duties in the Chula Vista Area of Operations. At approximately 9:00 a.m., Agent Ayala responded to a seismic intrusion device in an area commonly known as "White Bridge." This area is located approximately four miles east from the Otay Mesa California Port of Entry and approximately two miles north of the United States/Mexico International boundary.

Agent Ayala responded to the area and observed seven individuals sitting on rocks. The Agent identified herself as a Border Patrol Agent and questioned the subjects, including an individual later identified as the defendant **Felipe ORTIZ-Bautista**, as to their citizenship and nationality. Each individual admitted to being a citizen and national of Mexico present in the United States without valid immigration documentation. Agent Ayala placed all seven individuals under arrest and transported them to the Chula Vista Border Patrol Station for further processing.

Routine record checks of the defendant revealed an immigration history. The defendant's record was determined by a comparison of his immigration record and the defendant's current fingerprint card. Official immigration records of the Department of Homeland Security revealed the defendant was previously deported to **Mexico** on **February 6, 2008** through **San Diego, California.** These same records show that the defendant has not applied for permission from the Attorney General of the United States or his designated successor, the Secretary of the Department of Homeland Security, to return to the United States after being removed.