AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA
        Plaintiff,
   v.

FELIPE ORTIZ-BAUTISTA,
        Defendant.

**APPEARANCE**

Case Number: 08MJ1371

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

FELIPE ORTIZ-BAUTISTA

I certify that I am admitted to practice in this court.

| | |
|---|---|
| 5/8/2008 | /s/ KRIS J. KRAUS |
| Date | Signature |
| | KRIS J. KRAUS / Federal Defenders of SD    233699 |
| | Print Name                                  Bar Number |
| | 225 Broadway, Suite 900 |
| | Address |
| | San Diego, CA  92101 |
| | City           State           Zip Code |
| | (619) 234-8467        (619) 687-2666 |
| | Phone Number          Fax Number |

# **CERTIFICATE OF SERVICE**

Counsel for Defendant certifies that the foregoing pleading is true and accurate to the best of his information and belief, and that a copy of the foregoing document has been served this day upon:

**U S Attorney CR**
Efile.dkt.gc2@usdoj.gov

Dated: May 8, 2008                                                                  /s/ Kris J. Kraus
                                                                                                 KRIS J. KRAUS
                                                                                                 Federal Defenders of San Diego, Inc.
                                                                                                 225 Broadway, Suite 900
                                                                                                 San Diego, CA 92101-5030
                                                                                                 (619) 234-8467  (tel)
                                                                                                 (619) 687-2666  (fax)
                                                                                                 e-mail: Kris_Kraus@fd.org